

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2019

No. 04-19-00811-CV

Yvonne **SALAZAR-HERNANDEZ** and Tony F. Hernandez,
Appellants

v.

**CHAMPION HOMES AT MISSION DEL RIO**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2019CV07914
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The Appellant's Emergency Motion to Stay Writ of Possession and for Temporary Relief is DENIED.

Entered on this 26th day of November, 2019.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court